**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **GT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:25-CV-00128-HEA |
| **LIBERTY MUTUAL FIRE** ) | |
| **INSURANCE COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## **SUPPLEMENTAL MEMORANDUM REGARDING JOINT PROPOSED SCHEDULING PLAN**

Comes Now Plaintiff, by and through counsel, and submits this Supplemental Memorandum Regarding the Joint Proposed Scheduling Plan ("JSP") to update the Court as to why it is still not signed by counsel for all Parties.

Per the Court's Order (Doc. 21), Plaintiff's Counsel is responsible for submitting the JSP. Per the Court's Requirements (on the Court's website), in the event a JSP is not signed by counsel for all parties, the attorney responsible for submitting the JSP shall submit a memorandum of explanation. On March 28, 2025, Plaintiff's Counsel submitted such a memorandum on March 28, 2025 (see Doc. 51). Plaintiff's Counsel informed this Court that he would continue to try to work to get a JSP signed by each party's counsel.

Plaintiff's Counsel takes the Court's orders, including those in Order Setting the Rule 16 Conference (Doc. 21), as well as the Court's Requirements, incredibly serious – as should any party, litigant, or participant in any case. In light of that, Counsel submits this

Supplemental Memorandum for purposes of not only updating the Court, but also to maintain compliance with the Court's Order and Requirements so as not to violate them or flout them.

Plaintiff's Counsel has attempted to follow up with Liberty Mutual's Counsel regarding signature on the JSP, including after the submission of the JSP (Doc. 50) and the Memorandum Regarding the JSP (Doc. 51). Plaintiff's Counsel has not received a response. Liberty Mutual did make recent filings (Docs. 55 & 56).

Respectfully Submitted,

**O'BRIEN LAW FIRM, P.C.**

*/S/ Grant C. Boyd*
Grant C. Boyd, #67362
815 Geyer Ave.
St. Louis, MO 63104
(314) 588-0588 (phone)
(314) 588-0634 (fax)
boyd@obrienlawfirm.com
***Attorney for Plaintiff GT***